[No. 41393-1-II.   Division Two.   December 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA RAY PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-01255-4, James J. Stonier, Stephen M. Warning, and James E. Warme, JJ.; and Lisa E. Tabbut, J. Pro Tem., entered October 27, 2010. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 41630-1-II.   Division Two.   December 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JAMES REEK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-01134-4, Jay B. Roof, J., entered December 3, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 42181-0-II.   Division Two.   December 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL DAVID YODER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00904-3, Richard A. Melnick, J., entered May 10, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.